

## NUMBER 13-18-00184-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

DANNY LEE SCHANFISH,                                             **Appellant,**

**v.**

THE STATE OF TEXAS,                                                 **Appellee.**

---

### On appeal from the 258th District Court
### of Polk County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Benavides
### Memorandum Opinion by Justice Contreras

Appellant, Danny Lee Schanfish, filed an appeal from a judgment entered by the

258th District Court of Polk County, Texas, in cause number 24608.[1]   On September 19,

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

2018, the appeal was abated. Appellant, Danny Lee Schanfish, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). This appeal is hereby REINSTATED. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 1st
day of November, 2018.

2